(No. 6544

UNIVAC, DIVISION OF SPERRY RAND CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, AUDITOR OF PUBLIC ACCOUNTS, Respondent.

*Opinion filed October 10, 1972.*

UNIVAC, DIVISION OF SPERRY RAND CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.